IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 112,658

In the Matter of LOUIS M. CLOTHIER,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On March 6, 2015, the court ordered the respondent, Louis M. Clothier, be placed on probation for a period of three years. See *In re Clothier,* 301 Kan. 567, 344 P.3d 370 (2015).

On April 18, 2018, the respondent filed a motion for discharge from probation, along with affidavits demonstrating compliance with the terms of probation.

On April 19, 2018, the Disciplinary Administrator filed a response, confirming that the respondent fully complied with the conditions imposed upon him by the court and offering no objection to the respondent being discharged from probation.

This court, having reviewed the motion, the affidavits, and the recommendation of the Disciplinary Administrator, grants the respondent's motion for discharge from probation.

IT IS THEREFORE ORDERED that the respondent is hereby discharged from probation and from any further obligation in this matter and this proceeding is closed.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports and that the costs herein shall be assessed to the respondent.

Dated this 1st day of May, 2018.